# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DUANE E. BABICZ & CHRISTINA L. BABICZ  
35 N. SUNSET AVENUE  
FREEPORT, IL 61032  

SSN-xxx-xx-3304 & xxx-xx-2498

Case Number: 07-70963

Case filed on: 4/20/2007  
Plan Confirmed on: 7/13/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $15,400.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY MARK E ZALESKI | 4,090.00 | 4,090.00 | 3,074.00 | 0.00 |
|  | Total Legal | 4,090.00 | 4,090.00 | 3,074.00 | 0.00 |
| 002 | CITI BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CITIFINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CITI BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CITI CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DISCOVER | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ZWICKER & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | HSBC RETAIL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MAURICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MAURICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MENARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | OLD NAVY | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | EDUCATIONAL FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ITS AES | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | AES | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | SALLIE MAE | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | SEARS, ROEBUCK & CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DUANE E. BABICZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIFINANCIAL | 334.66 | 334.66 | 114.59 | 0.00 |
| 005 | U OF I CREDIT UNION | 12,859.01 | 12,859.01 | 4,738.74 | 1,238.52 |
| 006 | WASHINGTON MUTUAL BANK | 13,513.70 | 13,513.70 | 5,180.51 | 0.00 |
|  | Total Secured | 26,707.37 | 26,707.37 | 10,033.84 | 1,238.52 |
| 007 | ECAST SETTLEMENT CORPORATION | 9,030.17 | 9,030.17 | 0.00 | 0.00 |
| 010 | LVNV FUNDING LLC | 3,430.83 | 3,430.83 | 0.00 | 0.00 |
| 013 | DISCOVER FINANCIAL SERVICES | 3,859.44 | 3,859.44 | 0.00 | 0.00 |
| 016 | COLLECTION SYSTEMS OF FREEPORT INC | 729.60 | 729.60 | 0.00 | 0.00 |
| 017 | ALLIED BUSINESS ACCOUNTS INC | 2,018.58 | 2,018.58 | 0.00 | 0.00 |
| 019 | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 1,438.24 | 1,438.24 | 0.00 | 0.00 |
| 023 | WORLD FINANCIAL NETWORK NATIONAL BANK | 331.67 | 331.67 | 0.00 | 0.00 |
| 026 | ECAST SETTLEMENT CORPORATION | 2,720.08 | 2,720.08 | 0.00 | 0.00 |
| 028 | ECAST SETTLEMENT CORPORATION | 641.85 | 641.85 | 0.00 | 0.00 |
| 030 | ILLINOIS STUDENT ASSISTANCE COMM | 7,027.41 | 0.00 | 0.00 | 0.00 |
| 033 | SALLIE MAE | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ROUNDUP FUNDING LLC | 3,119.27 | 3,119.27 | 0.00 | 0.00 |
| 039 | LVNV FUNDING LLC | 6,733.20 | 6,733.20 | 0.00 | 0.00 |
| 040 | WELLS FARGO FINANCIAL | 1,166.81 | 1,166.81 | 0.00 | 0.00 |
|  | Total Unsecured | 42,247.15 | 35,219.74 | 0.00 | 0.00 |
|  | Grand Total: | 73,044.52 | 66,017.11 | 13,107.84 | 1,238.52 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Total Paid Claimant:        $14,346.36
Trustee Allowance:          $1,053.64
Percent Paid Unsecured:        0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

       /s/ Lydia S. Meyer
       Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009                By   /s/Heather M. Fagan